Aron Altman, Appellant, v. Gesine Beck and Others, Defendants. Benjamin Trektman, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect his appeal, place the case on the April calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Annette Brandt, an Infant, etc., Appellant, v. Edward A. A. Brandt, as Executor, etc., Respondent, Impleaded with Louise Butt and Others, Defendants.— Motion to resettle order denied, with ten dollars costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Clara Augusta Brandt, Appellant, v. Edward A. A. Brandt, as Executor, etc., Respondent, Impleaded with Louise Butt and Others, Defendants — Motion to resettle order denied, with ten dollars costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Harry E. Brandt, Appellant, v. Edward A. A. Brandt, as Executor, etc., Respondent, Impleaded with Louise Butt and Others, Defendants.— Motion to resettle order denied, with ten dollars costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Jacob Buchman, Plaintiff, v. Abraham Berman, Respondent. Benjamin Erde, Appellant.— Motion granted on condition that the case be placed on the April calendar, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.